# EXHIBIT A

```
          TACO BURRITO KING
          6701 WEST TOUHY AVE
             NILES, ILLINOIS
          PH.847-600-0404

         003-0002-000028-81-S
  Seq:                              81
  App:                          016063
  Ref:                          000028

            12/01/2007 00:35
               CASHIER 2

                 SALE

  xxxxxxxxxxxx2460
  EXP DATE : REDACTED

  AMOUNT                         19.04

      KEEP THIS COPY FOR YOUR RECORDS

         SUN THRU THURS 9AM-4AM
         FRID - SAT 9AM TO 6AM
```