IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JASON MANDIK, | ) |
| on behalf of himself and all others similarly situated, | ) Case No. 07 C 6999 |
| Plaintiff, | ) Judge Darrah |
| vs. | ) Magistrate Judge Brown |
| TACO BURRITO KING, INC., | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Jason Mandik, by and through his attorney Alex Hageli of the LAW OFFICE OF ALEX M. HAGELI, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, voluntarily dismisses this case as to his individual claims with prejudice and without an award of costs or attorneys' fees to either party.

DATED: February 5, 2008　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　s/ Alex Hageli
　　　　　　　　　　　　　　　　　　Alex Hageli
　　　　　　　　　　　　　　　　　　LAW OFFICE OF ALEX M. HAGELI
　　　　　　　　　　　　　　　　　　435 South Cleveland Avenue, Suite 306
　　　　　　　　　　　　　　　　　　Arlington Heights, IL  60005
　　　　　　　　　　　　　　　　　　(847) 392-4832
　　　　　　　　　　　　　　　　　　alex@hageli.com

　　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

2

**CERTIFICATE OF SERVICE**

I hereby certify, on this 5th day of February, 2008, I caused the foregoing **Notice of Voluntary Dismissal** to be filed electronically. Copies of docket filings may be accessed via the PACER system.

    _s/ Alex Hageli_